Deverie J. Christensen
Nevada State Bar No. 6596
Hilary A. Williams
Nevada State Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
Email: hilary.williams@jacksonlewis.com

*Attorneys for Defendant*
*Southwest Gas Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PENNIE BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST GAS CORPORATION, a foreign corporation; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>Defendants. | Case No. 2:20-cv-01991-CDS-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendant Southwest Gas Corporation, by and through its counsel of record, Jackson Lewis, P.C., and Plaintiff Pennie Brown, by and through her counsel of record, Richard Harris Law Firm, hereby stipulate to the Dismissal With Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 24th day of May, 2022.

RICHARD HARRIS LAW FIRM

*/s/ Burke Huber*
Burke Huber, Esq., Bar No. 10902
801 South Fourth Street
Las Vegas, Nevada 89101

*Attorney for Plaintiff*
*Pennie Brown*

JACKSON LEWIS P.C.

*/s/ Deverie J. Christensen*
Deverie J. Christensen, Bar No. 6596
Hilary Williams, Bar No. 14645
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Southwest Gas Corporation*

**ORDER**

IT IS SO ORDERED.

DATED this 24th day of May, 2022.

U.S. District Judge

4858-9196-2657, v. 1